**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JEFFERY WILSON, personally and on behalf of the ESTATE OF MARGUERITE WILSON, deceased, and her survivors, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>RICHARD WOLF MEDICAL INSTRUMENTS CORP., et al., )<br><br>Defendants. ) | No. 1:15-cv-11700 |

## DEFENDANTS MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

NOW COMES Defendants, RICHARD WOLF MEDICAL INSTURMENTS CORP. AND RICHARD WOLF GmbH, by the proposed new counsel of record attorneys Morrison Mahoney LLP, and in support of its Motion for Leave to Substitute Counsel, states as follows:

1. Attorneys Gregory F. Hauser of Wuersch & Gering LLP, A Colin Wexler and David E. Morrison of Goldberg Kohn, Ltd., Mid-Continental Plaza, 55 East Monroe Street #3300, Chicago, Illinois 60603, have appeared on behalf of Defendants.

2. Defendants have chosen to retain Arthur Liederman and Nicole Battisti of Morrison Mahoney LLP, Wall Street Plaza, 88 Pine Street, Suite 1900, New York, New York 1005, and Catherine Basque Weiler and Brooke Rogers of Swanson, Martin & Bell, LLP, 330 North Wabash Suite 3300, Chicago, Illinois 60611, in place of Mr. Hauser, Mr. Wexler, and Mr. Morrison. Accordingly, Defendants have filed this motion pursuant the Northern District of Illinois Local Rule 83.17.

1

3. Upon leave of this Court, Mr. Liederman, Ms. Battisti, Ms. Weiler, and Ms. Rogers will file appearances on behalf of Defendants.

4. Ms. Weiler and Ms. Rogers are admitted to practice before this Court and are members in good standing of the Bar of the State of Illinois. Mr. Liederman and Ms. Battisti are members in good standing of the Bar of the State of New York. Accordingly, Mr. Liederman seeks leave to appear pro hac vice pursuant to the Northern District of Illinois Local Rule 83.14.

4. This motion will not prejudice any party or cause any undue delay.

5. Proposed counsel for Defendants have conferred with counsel for Plaintiff, and Plaintiff's counsel have indicated that Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court grant the foregoing motion for substitution of counsel and leave to file the foregoing appearances.

Dated: December 1, 2020                                       Respectfully submitted,

*/s/ Arthur Liederman*                                        */s/ Catherine Basque Weiler*

Arthur Liederman                                              Catherine Basque Weiler
Nicole Battisti                                               Brooke M. Rogers
MORRISON MAHONEY LLP                                          SWANSON, MARTIN & BELL, LLP
Wall Street Plaza                                             330 N. Wabash St. Suite 3300
88 Pine Street, Suite 1900                                    Chicago, Illinois 60657
New York, NY 10005                                            T (212) 312-9100
T (212) 428-2480 | F (646) 576-8910                           cweiler@smbtrials.com
ALiederman@morrisonmahoney.com                                bmrogers@smbtrials.com
nbattisti@morrisonmahoney.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 1, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                     */s/ Catherine Basque Weiler*